IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULKADR ABDULKHALIK DAD,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba<br><br>                Petitioner/Plaintiff,<br><br>        - against -<br><br>GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    WASHINGTON, D.C. 20500;<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    WASHINGTON, D.C. 20301-1000;<br><br>ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force - GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention<br>     Operations Group - JTF-GTMO,<br>    JTF-GTMO<br>    APO AE 09360,<br><br>                Respondents/Defendants. | Case No.<br><br>**MOTION FOR**<br>**PRELIMINARY INJUNCTION** |

**MOTION FOR A PRELIMINARY INJUNCTION DIRECTING RESPONDENTS TO PROVIDE THE COURT AND PETITIONER'S COUNSEL THIRTY DAYS' ADVANCE NOTICE OF ANY INTENDED TRANSFER FROM GUANTÁNAMO FOR PURPOSES OTHER THAN RELEASE**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, LCvR 65.1, and the All

Writs Act, 28 U.S.C. § 1651(a), Petitioner Abdulkadr Abdulkhalik Dad respectfully submits this

motion requesting that the Court enter an order preliminarily enjoining Respondents from removing Petitioner from the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo") for any purpose other than release, unless the Court and counsel for Petitioner receive thirty (30) days' advance notice of such removal.

The grounds in support of this motion are contained in the accompanying memorandum of points and authorities.

Pursuant to LCvR 7(m), counsel for Petitioner conferred by telephone with counsel for Respondents regarding the relief requested in this motion and was informed that Respondents would not agree to provide the requested advance notice of any non-release transfer.

WHEREFORE, Petitioner respectfully requests that the Court enter an order preliminarily enjoining Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of the Court's order by personal service or otherwise, from removing Petitioner from Guantánamo for any purpose other than release, unless the Court and counsel for Petitioner receive thirty (30) days' advance notice of such removal.

Dated: October 14, 2005

Respectfully submitted,

Counsel for Petitioner:

*Ronald G. Bl*

Ronald G. Blum
Cristina M. Posa
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Tel: (212) 790-4500
Fax: (212) 790-4545

Barbara Olshansky
Tina Monshipour Foster
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I, Cristina M. Posa, hereby certify that on October 14, 2005, I caused to be served via overnight mail true and correct copies of: (1) the foregoing Motion for Preliminary Injunction Directing Respondents to Provide the Court and Petitioner's Counsel with Thirty Days' Advance Notice of Any Intended Transfer from Guantánamo for Purposes Other Than Release; (2) the Memorandum of Points and Authorities in support thereof; and (3) the Declaration of Cristina M. Posa in support thereof, on the following counsel of record for Respondents:

> Preeya M. Noronha
> Preeya.Noronha@usdoj.gov
> United States Department of Justice
> Civil Division - Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7226
> Washington, D.C. 20530
> (202) 514-3338
>
> Terry M. Henry
> Terry.Henry@usdoj.gov
> Senior Trial Attorney
> United States Department of Justice
> Civil Division - Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C. 20530
>
> Andrew I. Warden
> Andrew.Warden@usdoj.gov
> Trial Attorney
> United States Department of Justice
> Civil Division - Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C. 20530

_____
Cristina M. Posa