IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULKADR ABDULKHALIK DAD,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba<br><br>        Petitioner/Plaintiff,<br><br>    - against -<br><br>GEORGE W. BUSH, et al.,<br><br>        Respondents/Defendants. | Case No.<br><br>**DECLARATION OF<br>CLIVE STAFFORD SMITH** |

I, CLIVE STAFFORD SMITH, declare under penalty of perjury that:

1. I am the Legal Director of Reprieve, P.O. Box 52742, London, EC4P 4WS, United Kingdom. I am licensed to practice law in the States of Georgia, Louisiana and Mississippi, as well as the U.S. Supreme Court and various other federal courts. I submit this declaration in support of the Petition for the Writ of Habeas Corpus of Abdulkadr Abdulkhalik Dad.

2. Earlier this year, I visited the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo") and met with my client Jamil Al-Banna, a detainee there.

3. Mr. Al-Banna informed me that Mr. Dad, one of his fellow detainees, expressed the desire to have the legal assistance of counsel. Mr. Al-Banna authorized me to act to secure the legal rights of Mr. Dad and provided me with Mr. Dad's internment serial number. A copy of Mr. Al-Banna's authorization is attached hereto as Exhibit A. It was my understanding from Mr. Al-Banna that Mr. Dad expressly wished to have counsel appointed to assist him.

4. After departing from Guantánamo, I informed the Center for Constitutional Rights ("CCR"), the national coordinating counsel handling petitions for the writ of habeas corpus for

Guantánamo detainees, of Mr. Dad's request. My understanding is that CCR then asked the law firm of Manatt, Phelps & Phillips, LLP, to serve as co-counsel with CCR in representing Mr. Dad.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 17 U.S.C. § 1746, that the foregoing is true and correct.

Dated: London, United Kingdom
October 6, 2005

_____
CLIVE STAFFORD SMITH

# EXHIBIT A

### Next Friend Authorization

I, __JAMIL AL BANNA__, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

Amer Mohammar (Algerian) #939 — A, F, E
Boucetta Fihi (Algerian) #718 — A, F, E
Abdulkadr Abdulkhalik Dad (Afghani) #753 — P, E, A, Farsi
Mohammed Mustafa (Afghani) #1008 — P, E, Farsi
Elham Bataif (Uzbek) #084 — R, Kazak, Uzbek, Uigur, Arabic

Name: __JAMIL AL BANNA__

Witness: _____

**FOUO**