IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULKADR ABDULKHALIK DAD,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba<br><br>        Petitioner/Plaintiff,<br><br>    - against -<br><br>GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    WASHINGTON, D.C. 20500;<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    WASHINGTON, D.C. 20301-1000;<br><br>ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force - GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention<br>     Operations Group - JTF-GTMO,<br>    JTF-GTMO<br>    APO AE 09360,<br><br>        Respondents/Defendants. | Case No.<br><br>**DECLARATION OF<br>CRISTINA M. POSA** |

**DECLARATION OF CRISTINA M. POSA IN SUPPORT OF PETITIONER'S
MOTION FOR A PRELIMINARY INJUNCTION DIRECTING RESPONDENTS
TO PROVIDE THE COURT AND PETITIONER'S COUNSEL THIRTY
DAYS' ADVANCE NOTICE OF ANY INTENDED TRANSFER FROM
GUANTÁNAMO FOR PURPOSES OTHER THAN RELEASE**

Cristina M. Posa declares under penalty of perjury that:

1. I am an attorney at the law firm of Manatt, Phelps & Phillips, LLP ("Manatt"), 7 Times Square, New York, New York 10036, counsel for Petitioner Abdulkadr Abdulkhalik Dad ("Petitioner"). I am a member of the bars of the State of New York and the United States District Courts in the Southern and Eastern Districts of New York. Manatt represents in the above-captioned action. I submit this declaration in accordance with LCvR 7(m) and to place before the Court documents relevant to Petitioner's Motion for a Preliminary Injunction Directing Respondents to Provide the Court and Petitioner's Counsel Thirty Days' Advance Notice of Any Intended Transfer from Guantánamo for Purposes Other Than Release.

2. On October 13, 2005, I contacted Preeya M. Noronha, Esq., counsel for Respondents, by telephone to request that Respondents provide thirty days' advance notice to the Court and counsel of any intended transfer of Petitioner from Guantánamo for purposes other than release. Counsel for Respondents refused to provide any such assurances and stated that Respondents will oppose any motion seeking such relief.

3. Attached hereto as Exhibit A is a true and correct copy of an article written by Douglas Jehl, "Pentagon Seeks to Transfer More Detainees from Base in Cuba," published in the New York Times on March 11, 2005.

4. Attached hereto as Exhibit B is a true and correct copy of an April 26, 2005 News Release issued by the U.S. Department of Defense.

5. Attached hereto as Exhibit C is a true and correct copy of a May 23, 2005 Press Release issued by the White House.

6. Attached hereto as Exhibit D is a true and correct copy of an August 5, 2005 Press Release issued by the U.S. Embassy in Islamabad, Pakistan.

7. Attached hereto as Exhibit E is a true and correct copy of an article written by Josh White and Robin Wright, "Afghanistan Agrees to Accept Detainees," published in the Washington Post on August 5, 2005

8. Attached hereto as Exhibit F is a true and correct copy of an article written by Dana Priest, "Long-Term Plan Sought for Terror Suspects," published in the Washington Post on January 2, 2005.

9. Attached hereto as Exhibit G is a true and correct copy of an article written Jane Mayer, "Outsourcing Torture," published in The New Yorker on February 14, 2005.

10. Attached hereto as Exhibit H is a true and correct copy of *Country Reports on Human Rights Practices, Afghanistan,* published by the United States Department of State on February 28, 2005.

11. Attached hereto as Exhibit I is a true and correct copy of a report by Human Rights Watch, *Enduring Freedom: Abuses by U.S. Forces in Afghanistan*, published in March 2004.

112. Attached hereto as Exhibit J is a true and correct copy of an article by Douglas Jehl, "Army Details Scale of Abuse in Afghan Jail," published in the New York Times on March 12, 2005.

13. Attached hereto as Exhibit K is a true and correct copy of an article by Tim Golden, "In U.S. Report, Brutal Details of Two Afghan Inmates' Deaths," published in the New York Times on May 20, 2005.

14. Attached hereto as Exhibit L is a true and correct copy of an article by Carlotta Gall, "Afghan Gives Own Account of U.S. Abuse," published in the New York Times on May 12, 2005.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Executed on October 14, 2005.

_____
CRISTINA M. POSA