# EXHIBIT B



**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)
# News Release

On the Web:
http://www.defenselink.mil/cgi-bin/dlprint.cgi?
http://www.defenselink.mil/releases/2005/nr20050426-2821.html
Media contact: +1 (703) 697-5131

Public contact:
http://www.dod.mil/faq/comment.html
or +1 (703) 428-0711

**IMMEDIATE RELEASE**

No. 400-05
April 26, 2005

### Detainee Transfer Announced

The Department of Defense announced today that it transferred two detainees from Guantanamo Bay, Cuba, to the control of the Belgian government. This transfer increases the number of detainees who have departed Guantanamo to 234.

The decision to transfer or release a detainee is based on many factors, including whether the detainee poses a continued threat to the United States or its allies and whether he is of further intelligence value. The decision to transfer these detainees was made after extensive discussions between the two governments

There are ongoing processes to review the status of detainees. A determination about the continued detention or transfer of a detainee is based on the best information and evidence available at the time. The circumstances in which detainees are apprehended can be ambiguous, and many of the detainees are highly skilled in concealing the truth.

During the course of the war on terrorism, the department expects that there will be other transfers or releases of detainees. Because of operational and security considerations, no further details can be provided.

Prior to this transfer, 232 detainees had departed Guantanamo - 167 for release, and 65 transferred to the control of other governments (29 to Pakistan, five to Morocco, seven to France, seven to Russia, four to Saudi Arabia, one to Spain, one to Sweden, one to Kuwait, one to Australia and nine to Great Britain). Two hundred and thirty four detainees have now departed Guantanamo. There are approximately 520 detainees currently at Guantanamo.

http://www.defenselink.mil/releases/2005/nr20050426-2821.html