**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2005, I caused Respondents' Memorandum in Opposition to Petitioner's Motion for Preliminary Injunction Requiring Advance Notice of Transfer or Repatriation, with supporting exhibits, to be served on the counsel listed below by (1) electronic mail and (2) first-class United States mail.

>Ronald G. Blum, Esq.
>Christina M. Posa, Esq.
>MANATT, PHELPS & PHILLIPS, LLP
>7 Times Square
>New York, New York 10036
>rblum@manatt.com
>cposa@manatt.com

>  /s/ Robert J. Katerberg
>ROBERT J. KATERBERG
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W.
>Washington, DC  20530

>One of the Attorneys for Respondents