## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioner certify, pursuant to LCvR 83.2(g), that they are representing Petitioner without compensation.

Dated: October 21, 2005

*[signature]*

Ronald G. Blum
Cristina M. Posa
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Tel: (212) 790-4500
Fax: (212) 790-4545