IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULKADR ABDULKHALIK DAD,<br><br>    Petitioner,<br><br>    - against -<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents | Civil Action No. 05-2083 (JDB) |

**MOTION FOR ADJOURNMENT OF TIME TO RESPOND TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION REQUIRING ADVANCE NOTICE OF TRANSFER OR REPATRIATION**

COMES NOW, Cristina M. Posa, a member in good standing of the United States District Courts for the Southern and Eastern Districts of New York and permitted to practice before this Honorable Court in this matter pursuant to LCvR 83.2(g), respectfully moves this Court for an adjournment of Petitioner's time to respond to Respondents' Memorandum of Law in Opposition to Petitioner's Motion for Preliminary Injunction Requiring Advance Notice of Transfer or Repatriation to November 28, 2005. Counsel for Petitioner has communicated with counsel for Respondents as required by LCvR 7(m) and Respondents do not oppose this motion. This adjournment is sought because counsel for Petitioner requires additional time to address issues raised in Respondents' Memorandum of Law.

Dated: November 4, 2005

                                                              s/ Cristina M. Posa
                                                              Cristina M. Posa
                                                              MANATT, PHELPS & PHILLIPS, LLP
                                                              7 Times Square
                                                              New York, New York 10036
                                                              Tel: (212) 790-4500
                                                              Fax: (212) 790-4545