IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULKADR ABDULKHALIK DAD,<br><br>Petitioner,<br><br>- against -<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents | Civil Action No. 05-2083 (JDB)<br><br>**(PROPOSED) ORDER** |

Upon consideration of Petitioner's Motion to Adjourn Petitioner's Time to Respond to Respondents' Memorandum of Law in Opposition to Petitioner's Motion for Preliminary Injunction Requiring Advance Notice of Transfer or Repatriation to November 28, 200, it is hereby

ORDERED that the motion is granted.

**SO ORDERED.**

Date: _____, 2005

_____
Hon. John D. Bates, U.S.D.J.

Attorneys to be noticed:

Ronald G. Blum
rblum@manatt.com
Cristina M. Posa
cposa@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Tel: (212) 790-4500
Fax: (212) 790-4545

Robert D. Katerberg
Robert.Katerberg@usdoj.gov
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C.  20530
Tel.:  (202) 616-8298
Fax: (202) 616-8460