IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULKADR ABDULKHALIK DAD,<br><br>Petitioner,<br><br>- against -<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents | Civil Action No. 05-2083 (JDB) |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed without prejudice and without costs or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS FURTHER STIPULATED AND AGREED that the dismissal of the above-captioned action is without prejudice to Petitioner Abdulkadr Abdulkhalik Dad's pending petitions for the writ of habeas corpus, <u>Abdul Zahir v. Bush</u>, Civ. A. No. 05-01623 (RWR) and <u>Abdulzaher v. Bush</u>, Civ. A. No. 05-01236 (RWR) (*pro se*). The undersigned counsel for Petitioner believe that Petitioner is the same individual as the petitioner in these two actions because the petitioners in each action share the same internment serial number (ISN 753).

Dated: November 22, 2005

/s/ Ronald G. Blum

Ronald G. Blum
Cristina M. Posa
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Tel: (212) 790-4500
Fax: (212) 790-4545

*Attorneys for Petitioner*
*Abdulkadr Abdulkhalik Dad*

*[signature: Robert J. Katerberg]*

Robert J. Katerberg
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel.: (202) 616-8298
Fax: (202) 616-8460

*Attorney for Respondents George W. Bush, et al.*