IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULKADR ABDULKHALIK DAD,<br><br>Petitioner,<br><br>- against -<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents | Civil Action No. 05-2083 (JDB)<br><br>**(PROPOSED) ORDER** |

Upon consideration of Petitioner and Respondents' Stipulation of Dismissal, dated November 22, 2005, it is hereby

ORDERED that the above-captioned action is dismissed without prejudice and without costs or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS FURTHER ORDERED that the dismissal of the above-captioned action is without prejudice to Petitioner Abdulkadr Abdulkhalik Dad's pending petitions for the writ of habeas corpus, <u>Abdul Zahir v. Bush</u>, Civ. A. No. 05-01623 (RWR) and <u>Abdulzaher v. Bush</u>, Civ. A. No. 05-01236 (RWR) (*pro se*).

**SO ORDERED.**

Date: _____, 2005

_____
Hon. John D. Bates, U.S.D.J.

Attorneys to be noticed:

Ronald G. Blum
rblum@manatt.com
Cristina M. Posa
cposa@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Tel.: (212) 790-4500
Fax: (212) 790-4545

Robert D. Katerberg
Robert.Katerberg@usdoj.gov
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C.  20530
Tel.:  (202) 616-8298
Fax:  (202) 616-8460