

Ronald G. Blum
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7186
E-mail: rblum@manatt.com

November 22, 2005

**VIA ELECTRONIC CASE FILING**

The Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, Northwest
Washington, DC 20001

      Re: *Abdulkadr Abdulkhalik Dad v. George W. Bush, et al.*, Civ. A. No. 05-2083

Dear Judge Bates:

      We represent Petitioner Abdulkadr Abdulkhalik Dad ("Petitioner"), a detainee at the Guantánamo Bay Naval Station in Guantánamo Bay, Cuba, and we write to request that the Court order that the above action be dismissed without prejudice.

      The Department of Justice has brought to our attention that two prior petitions for the writ of habeas corpus, one *pro se* and another filed by counsel, apparently had been filed on Petitioner's behalf, *Abdul Zahir v. Bush*, Civ. A. No. 05-4623 (CKK) and *Abdulzaher v. Bush*, Civ. A. No. 05-1236 (RWR). The Abdulzaher petition, filed *pro se* on June 22, 2005, is a handwritten petition in the petitioner's native language, Dari, as well as a translation. Both versions of the petition indicate that Petitioner Abdulzaher has the same internment serial number ("ISN") as Petitioner (ISN 753). It is also apparent from the Dari version of the petition that Petitioner Abdulzaher in fact has the same name as Petitioner in the instant action, but the name had been transliterated differently. The Zahir petition was filed by counsel on August 12, 2005, and we verified with counsel in that case that his client has the same ISN and therefore is almost certainly the same individual as our client.

7 Times Square, New York, New York 10036  Telephone: 212.790.4500  Fax: 212.790.4545

Albany | Los Angeles | Mexico City | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.



The Honorable John D. Bates
November 22, 2005
Page 2

      Accordingly, we respectfully request that the Court dismiss the instant action without prejudice and that the dismissal be without prejudice to the actions entitled <u>Abdul Zahir v. Bush</u>, Civ. A. No. 05-01623 (RWR) and <u>Abdulzaher v. Bush</u>, Civ. A. No. 05-01236 (RWR).

                                        Respectfully submitted,

                                        Ronald G. Blum

Encl. (Stipulation of Dismissal and Proposed Order filed via ECF)

cc:    Robert J. Katerberg, Esq.
       U.S. Department of Justice
       Civil Division
       Federal Programs Branch
       20 Massachusetts Ave., N.W.
       Washington, D.C. 20530
       Tel.: (202) 616-8298
       Fax: (202) 616-8460